MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**SHUMWAY VAN**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
         garrett@shumwayvan.com
*Attorneys and Local Counsel for Defendant*

FARHAD NOVIAN (California Bar No. 118129; will comply with LR IA 11-2 within 14 days to be admitted pro hac vice for this case)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; will comply with LR IA 11-2 within 14 days to be admitted pro hac vice for this case)
*agoodman@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:     (310) 553-1222
Facsimile:      (310) 553-0222
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada Corporation<br><br>Plaintiffs,<br><br>v.<br><br>TYLT, INC., a Delaware corporation<br><br>Defendants. | CASE NO.: 2:20-cv-02250-JAD-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TYLT, INC. TO RESPOND TO COMPLAINT TO JANUARY 19, 2021**<br><br>**(First Request)** |

Plaintiff MGM RESORTS INTERNATIONAL OPERATIONS, INC. ("MGM") and defendant TYLT, INC. ("Tylt") (together, the "Parties"), by and through the undersigned counsel of record, hereby stipulate to the following facts:

1.     On November 6, 2020, MGM filed its Complaint in the Eighth Judicial District Court of Nevada, Case No. A-20-824370-C, which initiated this lawsuit.

2.     On December 11, 2020, Tylt removed this matter to this Court by filing a Notice to

Federal Court of Removal of Civil Action from State Court (ECF No. 1).

    3.    Prior to removal of this matter to this Court, MGM granted Tylt an extension of time to respond to MGM's Complaint until January 4, 2021.

    4.    MGM subsequently granted Tylt an extension until January 19, 2021 to respond to MGM's Complaint.

    5.    The Parties hereby agree that Tylt shall have until January 19, 2021 to respond to MGM's Complaint.

IT IS SO STIPULATED.

DATED: January 12, 2021

SEMENZA KIRCHER RICKARD

By: /s/ Christopher D. Kircher
    LAWRENCE J. SEMENZA, III, ESQ. #7174
    CHRISTOPHER D. KIRCHER, ESQ. #11176
    JARROD L. RICKARD, ESQ. #10203
    KATIE L. CANNATA, ESQ. #14848
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*

DATED: January 12, 2021

SHUMWAY VAN

By: /s/ Garrett R. Chase
    MICHAEL C. VAN, ESQ. #3876
    GARRETT R. CHASE, ESQ. #14498
    8985 S. Eastern Ave., Suite 100
    Las Vegas, Nevada 89123
    *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-13-2021

# **CERTIFICATE OF SERVICE**

      I, Christina Garcia, declare that I am employed by the law firm of Shumway Van, a citizen of the United States of America, a resident of the state of Nevada, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

      On January 12, 2021 I caused a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

| | |
|---|---|
| Lawrence J. Semenza, III, Esq.<br>Email: ljs@skrlawyers.com<br>Christopher D. Kircher, Esq.<br>Email: cdk@skrlawyers.com<br>Jarrod L. Rickard, Esq.<br>Email : jlr@skrlawyers.com<br>Katie L. Cannata, Esq.<br>Email: klc@skrlawyers.com<br><br>SEMENZA KIRCHER RICKARD<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiff MGM Resorts International Operations, Inc.* | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Facsimile<br>☒ Via Electronic Mail |

DATED this 12th day of January, 2021.

                                            /s/ Christina Garcia
                                            Christina Garcia – Legal Assistant
                                            Shumway Van
                                            8985 S. Eastern Ave., Suite 100
                                            Las Vegas, Nevada 89123
                                            Tel:   (702) 478-7770
                                            Fax:  (702) 478-7779
                                            Email: christinag@shumwayvan.com

SHUMWAY·VAN
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779