# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MGM RESORTS INTERNATIONAL OPERATIONS, INC.,

        Plaintiff,

vs.

TYLT, INC.,

        Defendant.

2:20-cv-02250-JAD-VCF

**ORDER**

        Before the Court are Plaintiff/Counter-Defendant's Motion to Compel (ECF NO.23) and Defendant Tylt, Inc.'s Motion to Modify the Scheduling Order and Discovery Plan to Continue All Dates by 90 Days (ECF NO. 24).

        Plaintiff asserts a contract claim against Defendant. (ECF 1-2, page 5 of 7). Defendant asserts a contract claim against Plaintiff. (ECF 10, pages 9-10 of 12). Before noon June 16, 2021, each party must e-mail to the court, with a copy to opposing counsel, a copy of any and all writings on which it relies in asserting its contract claim. The email must be addressed to cam_ferenbach@nvd.uscourts.gov.

        IT IS SO ORDERED.

        DATED this 15th day of June 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE