MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**SHUMWAY VAN**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
        garrett@shumwayvan.com
*Attorneys and Local Counsel for Defendant/Counterclaimant*

FARHAD NOVIAN (California Bar No. 118129; admitted pro hac vice)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; admitted pro hac vice)
*agoodman@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:    (310) 553-1222
Facsimile:     (310) 553-0222
*Attorneys for Defendant/Counterclaimant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada Corporation<br><br>Plaintiffs,<br>v.<br><br>TYLT, INC., a Delaware corporation<br><br>Defendants. | CASE NO.: 2:20-cv-02250-JAD-VCF<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT TYLT, INC.'S MOTION TO MODIFY THE SCHEDULING ORDER AND DISCOVERY PLAN TO CONTINUE ALL DATES BY 90 DAYS**<br><br>**(First Request)** |
| TYLT, INC. a Delaware corporation,<br><br>Counterclaimant,<br>v.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada Corporation<br><br>Counter-Defendant. | |

Page 1 of 4

## JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT TYLT, INC.'S MOTION TO MODIFY THE SCHEDULING ORDER AND DISCOVERY PLAN TO CONTINUE ALL DATES BY 90 DAYS

Plaintiff MGM Resorts International Operations, Inc. ("MGMRIO") and defendant Tylt, Inc. ("Tylt") (collectively, MGMRIO and Tylt shall be referred to herein as the "Parties"), by and through their undersigned counsel of record, submit this Stipulation to Continue the Hearing Date on Defendant Tylt, Inc.'s Motion to Modify the Scheduling Order and Discovery Plan to Continue All Dates by 90 Days (ECF Nos 37, 46) pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1.

WHEREAS, on September 28, 2021, Tylt filed a Motion to Modify the Scheduling Order and Discovery Plan to Continue All Dates by 90 Days (ECF No. 37), which MGMRIO has opposed;

WHEREAS, on October 25, 2021, the Court set a hearing date on this Motion for November 4, 2021 at 10:00 a.m. (ECF No. 46);

WHEREAS, this is the first request for a continuance of the hearing date (ECF No. 46);

WHEREAS, Tylt's counsel has a previously scheduled deposition on November 4, 2021 at 9:30 a.m. that was on calendar before October 25, 2021;

WHEREAS, Tylt's counsel met and conferred with counsel for MGMRIO regarding the possibility of continuing the hearing (ECF NO. 46) for another mutually agreeable date;

WHEREAS, MGMRIO's counsel has no objection to continuing the hearing (ECF No. 46) for another mutually agreeable date;

WHEREAS, the Parties, through counsel, agreed that November 8, 2021 at any time before 2:00 p.m. would be agreeable for the Parties for a continued date for the hearing (ECF No. 46);

WHEREAS, there is good cause to continue the hearing (ECF No. 46) by two business days due to the scheduling conflict of Tylt's counsel and the Parties will not be prejudiced by this short two-business-day continuance;

///

///

///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that the hearing on Defendant Tylt, Inc.'s Motion to Modify the Scheduling Order and Discovery Plan to Continue All Dates by 90 Days (ECF No. 46), originally set for November 4, 2021 at 10:00 a.m., is hereby continued to November 8, 2021 at 10:00 a.m., or another time before 2:00 p.m. that works with the Court's calendar.

**IT IS SO STIPULATED.**

DATED: November 2, 2021

Respectfully submitted,

**SHUMWAY VAN**
**NOVIAN & NOVIAN, LLP**

By: ___/s/ Garrett R. Chase___
MICHAEL C. VAN, ESQ. #3876
GARRETT R. CHASE, ESQ. #14498
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

FARHAD NOVIAN, ESQ.
(California Bar No. 118129)
ANDREW B. GOODMAN, ESQ.
(California Bar No. 267972)
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
*Attorneys for Defendant*

DATED: November 2, 2021

Respectfully submitted,

**SEMENZA KIRCHER RICKARD**

By: ___/s/ Christopher D. Kircher___
LAWRENCE J. SEMENZA, III, ESQ. #7174
CHRISTOPHER D. KIRCHER, ESQ. #11176
JARROD L. RICKARD, ESQ. #10203
KATIE L. CANNATA, ESQ. #14848
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that the hearing scheduled for November 4, 2021, is VACATED and RESCHEDULED to 1:00 PM, November 8, 2021.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2021
_____

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the above document on November 2, 2021 via the Court's CM/ECF system. Any other parties or counsel of record will be served by regular and/or electronic mail.

**SHUMWAY VAN**

/s/ Garrett R. Chase
An Employee of Shumway Van