# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TYLT, INC., a Delaware corporation,<br><br>Defendant. | 2:20-cv-02250-JAD-VCF<br>**ORDER** |

Before the court is defendant Tylt, Inc.'s motion to modify the scheduling order and discovery plan to continue all dates by 60 days (ECF No. 62).

Accordingly,

IT IS HEREBY ORDERED that defendant Tylt, Inc.'s motion to modify the scheduling order and discovery plan to continue all dates by 60 days (ECF No. 62) is added to the video conference hearing scheduled for 10:00 AM, March 2, 2022.

DATED this 25th day of February, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE