UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MGM Resorts International Operations, Inc.,

    Plaintiff

v.

Tylt, Inc.,

    Defendant

Case No. 2:20-cv-02250-CDS-MDC

**Ordering Entry of Judgment and Closing Case**

I granted summary judgment against defendant Tylt, Inc. and in favor of MGM Resorts International Operations, Inc. on MGM's claims for breach of contract and breach of the implied covenant of good faith and fair dealing. Min. Order, ECF No. 84; Order, ECF No. 94. As the motion for attorneys' fees and costs also is now resolved, this case may be terminated.

Accordingly, based on the granting of summary judgment, the Clerk of Court is kindly instructed to enter judgment in the amount of $918,020.10, plus post-judgment interest at the statutory rate pursuant to NRS 99.040(1) through September 14, 2023, against Tylt, Inc. and in favor of MGM Resorts International Operations, Inc. The Clerk of Court may close this case.

Dated: January 29, 2024

_____
Cristina D. Silva
United States District Judge