**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM Resorts International Operations, Inc., <br><br>          Plaintiff(s), <br><br> vs. <br><br> Tylt, Inc., <br><br>          Defendant(s). | **2:20-cv-02250-CDS-MDC** <br><br> **ORDER DENYING** *Motion for Judgment Debtor Exam* **(ECF No. 103) and GRANTING** *Motion to Withdraw* **(ECF No. 105)** |

      The Court **DENIES** without prejudice plaintiff MGM Resorts International Operations, Inc.'s *Motion for Judgment Debtor Examination and To Produce Documents* (ECF No. 103) ("Discovery Motion") and **GRANTS** the *Motion to Withdraw* (ECF No. 105)("Withdraw Motion") by defendant's counsel, VC2 Law and Novian & Novian, LLP.

      On January 30, 2024, plaintiff MGM Resorts International Operations, Inc, ("MGM") obtained a monetary Judgment (ECF No. 102) against defendant, Tylt, Inc. ("Tylt").   MGM filed its Discovery Motion on March 18, 2025, to compel Tylt to produce certain documents and a FRCP 30(b)(6) designee for debtor examination by deposition. VC2 Law and Novian & Novian, LLP filed their Withdraw Motion soon after on March 31, 2025.  In their Withdraw Motion, VC2 Law and Novian & Novian, LLP represent that, *inter alia,* Tylt has been terminated as an entity since October 31, 2023; and Tylt has no corporate representatives to confer with counsel or otherwise.   VC2 Law and Novian & Novian, LLP further respond to MGM's Discovery Motion stating that responding to MGM's requested discovery is not possible because of Tylt's demise and absence of corporate representatives. *ECF No. 105 at p. 5.*  MGM did not respond to the Withdraw Motion or otherwise address its ability and authority to proceed with the discovery requested given the circumstances. *See e.g.,* LR 7-2(d) (providing that failure of party to provide points and authorities in support of or in opposition to a motion constitutes consent to denying or granting the motion, respectively).

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion for Judgment Debtor Examination and To Produce Documents* (ECF No. 103) is **DENIED WITHOUT PREJUDICE**.

2. The *Motion to Withdraw* (ECF No. 105) is **GRANTED.**

DATED this 24th day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge